```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IDELLE LABS, LTD.,                          :        10 Civ. 4284 (SHS)

                         Plaintiff,         :

              -against-                     :        ORDER

DINA WEIN REIS, *ET AL.*,                   :

                         Defendants.        :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

and the Court having spoken with A.U.S.A. Winfield Ong, of the Southern District of Indiana,

and Mr. Ong having stated that the position of the U.S. Attorney is that this action "would be a

significant interference with the criminal case," and the U.S. Attorney "would like to see [this

action] stayed,"

        IT IS HEREBY ORDERED that for the reasons discussed at today's conference,

this action is stayed pending the outcome of the criminal action currently pending against the

individual defendants in the Southern District of Indiana. The parties are to report in writing as

to the status of the criminal action on or before March 1, 2010.


Dated: New York, New York
       July 22, 2010

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.