WEISS & HILLER, PC
600 Madison Avenue
New York, New York 10022
(212) 319-4000
*Attorneys for Defendants,*
    Dina Wein Reis and
    Working World, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IDELLE LABS, LTD.,

      Plaintiff,

      -against-

DINA WEIN REIS, CHAYA COOPER,
SARAH GOLDEN and
WORKING WORLD, INC.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.:   10 CIV 4284

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned firm, Weiss & Hiller, PC, hereby appears in the above-captioned action on behalf of the defendants, Dina Wein Reis, and that all future correspondence and papers in connection with this action are to be directed to the undersigned.

Dated:  December 1, 2011
        New York, New York

                        **WEISS & HILLER, PC**
                        *Attorneys for Defendants*
                            Dina Wein Reis and
                            Working World, Inc.
                        600 Madison Avenue
                        New York, New York 10022
                        (212) 319-4000

                        By: _____
                        Michael S. Hiller (MH 9871)

To:  Brown & Whalen
     *Attorneys for Plaintiff*
     711 Third Avenue, Fl. 20
     New York, New York 10017
     (212) 421-1845
     info@brownwhalen.com

     Yitzchak E. Cohen
     Law Office of Yitzchak E. Cohen
     *Attorneys for Defendant-Chaya Cooper*
     420 Lexington Avenue
     Suite 2400
     New York, New York 10170
     (718) 432-0134

     Arkin Kaplan Rice, LLP
     *Attorneys for Defendant-Sarah Golden*
     590 Madison Avenue
     New York, New York 10022
     (212) 333-0200