```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IDELLE LABS, LTD.,

                      Plaintiff,

    -against-

DINA WEIN REIS, CHAYA COOPER,
SARAH GOLDEN, and WORKING
WORLD, INC.,

                      Defendants.

10 Civ. 4284 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    By order dated May 23, 2013, this Court ordered this action dismissed with prejudice, on the ground that plaintiff's counsel had notified the Court that the matter had been settled. (Dkt. No. 74.)

    In a letter dated July 16, 2013, plaintiff's counsel requested that the matter be reinstated on the ground that the "settlement ha[d] not been effectuated."

    By order dated August 2, 2013, this Court directed the Clerk of Court to reopen the case. (Dkt. No. 79.)

    The Court, however, overlooked the fact that in the July 16, 2013 letter requesting reinstatement of the action, plaintiff's counsel requested that the "action be reinstated to the Court's calendar and docket[ed] as soon as possible, except with respect to Defendant Sarah Golden." Plaintiff's counsel has brought that oversight to the Court's attention in a letter dated October 3, 2013.

Accordingly, this action is hereby dismissed with prejudice as to defendant Sarah Golden. There is therefore no need for Ms. Golden to submit an answer to the complaint. *See* Sept. 30, 2013 Order (Dkt. No. 82).

Dated: New York, New York
       October 7, 2013

SO ORDERED:

Sidney H. Stein, U.S.D.J.